MELINDA S. RIECHERT, State Bar No. 65504
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com
E-mail: jlockhart@morganlewis.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC. and SAP LABS, LLC

JOEL RUBINSTEIN, State Bar No. 145749
1779 Fordham Way
Mountain View, CA 94040
Tel: 650.468.4688
Fax: 650.472.8083

JOEL RUBINSTEIN, IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUBINSTEIN, <br><br> Plaintiff, <br><br> vs. <br><br> SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, SAP LABS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. C 11-06134 JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING AND TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS** <br><br> Date: February 6, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. James Ware <br> Dept.: 9 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22875999.1

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING
SCHEDULE -- CASE NO. C 11-06134 JW

1    Plaintiff Joel Rubinstein ("Plaintiff") and Defendants SAP AG, SAP labs, LLC and SAP
2 America, Inc. ("Defendants"), collectively referred to as the "Parties," file this stipulation to
3 extend the hearing date and briefing deadlines related to Defendants' Motion to Dismiss
4 Plaintiff's Complaint:
5    WHEREAS, Plaintiff filed his Complaint on November 7, 2011 in the Superior Court of
6 California in and for the County of Santa Clara;
7    WHEREAS, Defendants timely removed the action to this Court on December 6, 2011,
8 based on diversity of the parties and original jurisdiction pursuant to 28 U.S.C. Section 1332;
9    WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint on December
10 13, 2011;
11    WHEREAS, Defendants' Motion to Dismiss is currently set for hearing before this Court
12 on February 6, 2012;
13    WHEREAS, Plaintiff is currently proceeding in this matter *in pro per* and is currently in
14 the process of retaining counsel;
15    WHEREAS, Plaintiff anticipates filing an Amended Complaint;
16    WHEREAS, Plaintiff has requested an extension of the deadline to file his Opposition to
17 Defendants' Motion to Dismiss;
18    WHEREAS, the Parties are willing to continue the hearing on Defendants' Motion to
19 Dismiss and the related deadlines for filing Plaintiff's Opposition thereto and Defendants' Reply
20 in Support thereof;
21    WHEREAS, neither party has been or will be prejudiced by the continuation of these
22 litigation deadlines;
23    THEREFORE, the Parties stipulate and agree, and request that the Court approve the
24 following deadlines:

| Event | Old deadline | New deadline |
|---|---|---|
| Plaintiff's last day to file Opposition to Defendants' Motion to Dismiss | 12/27/2011 | 01/17/2012 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22875999.1

1

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING
SCHEDULE -- CASE NO. C 11-06134 JW

| Defendants' last day to file Reply in Support of Motion to Dismiss | 1/03/2012 | 01/24/2012 |
|---|---|---|
| Hearing on Defendants' Motion to Dismiss | 02/06/2012 | 02/13/2012 |

Dated: December 27, 2011                    MORGAN, LEWIS & BOCKIUS LLP


By  /S/ Jennifer Lockhart
    Melinda S. Riechert
    Jennifer A. Lockhart
    Attorneys for Defendants
    SAP AG, SAP AMERICA, INC. and SAP LABS, LLC


Dated: December 27, 2011                    JOEL RUBINSTEIN


By  /S/ Joel Rubinstein
    Joel Rubinstein
    Plaintiff in Pro Per


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 17, 2012                    _____
                                            Chief District Judge James Ware
                                            United States District Judge