| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MELINDA S. RIECHERT, State Bar No. 65504<br>MICHAEL D. SCHLEMMER, State Bar No. 250000<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Tel:   650.843.4000<br>Fax:   650.843.4001<br>E-mail: mriechert@morganlewis.com;<br>mschlemmer@morganlewis.com<br><br>Attorneys for Defendants<br>SAP AG, SAP AMERICA, INC. and SAP LABS, LLC |
| 8<br>9<br>10<br>11<br>12<br>13 | DAVID L. BRAVERMAN, State Bar No. 83331<br>BRAVERMAN KASKEY, P.C.<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103<br>Tel: 215.575.3902<br>Fax:  215.575.3801<br>E-mail:  DBraver@braverlaw.com<br><br>Attorneys for Plaintiff<br>JOEL RUBINSTEIN |

APPROVED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUBINSTEIN,<br><br>             Plaintiff,<br><br>    vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, SAP LABS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>             Defendants. | Case No. 3:11-cv-06134-JW<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC**<br><br>Judge:   Hon. James Ware<br>Dept.:     9 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22950961.2

JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC (CASE NO. 3:11-cv-06134-JW)

**IT IS HEREBY STIPULATED** by Plaintiff Joel Rubinstein ("Plaintiff") and Defendants SAP AG, SAP AMERICA, INC., and SAP Labs, LLC (collectively "Defendants"), by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Eighth claim for relief (False Light Invasion of Privacy), and Defendant SAP Labs LLC shall be and hereby are dismissed, with all parties to each bear their own costs and attorneys' fees. This stipulation does not apply to any other claims or any other parties.

Dated: February 7, 2012     MORGAN, LEWIS & BOCKIUS LLP


By  /s/ *Michael D. Schlemmer*
    Melinda S. Riechert
    Michael D. Schlemmer
    Attorneys for Defendants
    SAP AG, SAP AMERICA, INC. and
    SAP LABS, LLC

Dated: February 7, 2012     BRAVERMAN KASKEY, P.C.


By  /s/ *David L. Braverman* (as authorized Feb. 6, 2012)
    David L. Braverman
    Attorneys for Plaintiff
    JOEL RUBINSTEIN

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22950961.2

1

JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC (CASE NO. 3:11-cv-06134-JW)