MELINDA S. RIECHERT, State Bar No. 65504
MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com;
mschlemmer@morganlewis.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC. and SAP LABS, LLC

DAVID L. BRAVERMAN, State Bar No. 83331
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103
Tel: 215.575.3902
Fax: 215.575.3801
E-mail: DBraver@braverlaw.com

Attorneys for Plaintiff
JOEL RUBINSTEIN

UNITED STATES DISTRICT COURT APPROVED James Ware Judge James Ware NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUBINSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, SAP LABS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:11-cv-06134-JW<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC**<br><br>Judge: Hon. James Ware<br>Dept.: 9 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22950961.2

JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC (CASE NO. 3:11-cv-06134-JW)

**IT IS HEREBY STIPULATED** by Plaintiff Joel Rubinstein ("Plaintiff") and Defendants SAP AG, SAP AMERICA, INC., and SAP Labs, LLC (collectively "Defendants"), by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Eighth claim for relief (False Light Invasion of Privacy), and Defendant SAP Labs LLC shall be and hereby are dismissed, with all parties to each bear their own costs and attorneys' fees.  This stipulation does not apply to any other claims or any other parties.

Dated: February 7, 2012				MORGAN, LEWIS & BOCKIUS LLP


						By    /s/ *Michael D. Schlemmer*
						     Melinda S. Riechert
						     Michael D. Schlemmer
						     Attorneys for Defendants
						     SAP AG, SAP AMERICA, INC. and
						     SAP LABS, LLC


Dated: February 7, 2012				BRAVERMAN KASKEY, P.C.


						By   /s/ *David L. Braverman* (as authorized Feb. 6, 2012)
						     David L. Braverman
						     Attorneys for Plaintiff
						     JOEL RUBINSTEIN

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22950961.2

1

JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH CLAIM FOR RELIEF (FALSE LIGHT INVASION OF PRIVACY) AND DEFENDANT SAP LABS, LLC (CASE NO. 3:11-cv-06134-JW)