1  MELINDA S. RIECHERT, State Bar No. 65504
   MICHAEL D. SCHLEMMER, State Bar No. 250000
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
4  Tel:   650.843.4000
   Fax:   650.843.4001
5  E-mail: mriechert@morganlewis.com;
   mschlemmer@morganlewis.com
6
   Attorneys for Defendant
7  SAP AMERICA, INC.

8  DAVID L. BRAVERMAN, State Bar No. 83331
   BRAVERMAN KASKEY, P.C.
9  One Liberty Place
   1650 Market Street, 56th Floor
10 Philadelphia, PA 19103
   Tel: 215.575.3902
11 Fax: 215.575.3801
   E-mail:  DBraver@braverlaw.com
12
   Attorneys for Plaintiff
13 JOEL RUBINSTEIN

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUBINSTEIN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, SAP LABS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 3:11-cv-06134-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT SAP AMERICA'S DEADLINE TO FILE AN ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:  Hon. James Ware<br>Dept.:   9 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE
AN ANSWER TO PLT'S AMENDED COMPLAINT
(CASE NO. 3:11-cv-06134-JW)

1. Plaintiff Joel Rubinstein ("Plaintiff") and Defendant SAP America, Inc. ("Defendant")[1], collectively referred to as the "Parties," file this stipulation to extend the deadline by which Defendant must file its Answer to Plaintiff's Amended Complaint.

2. WHEREAS, on November 7, 2011, Plaintiff filed his Complaint in the Superior Court of California in and for the County of Santa Clara;

3. WHEREAS, on December 6, 2011, Defendant timely removed the action to this Court based on diversity of the parties and original jurisdiction pursuant to 28 U.S.C. Section 1332;

4. WHEREAS, on January 17, 2012, Plaintiff filed an Amended Complaint;

5. WHEREAS, on February 3, 2012, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint;

6. WHEREAS, on March 1, 2012, the Court granted in part, and denied in part, Defendant's Motion to Dismiss as follows: (1) dismissing the Second and Third Causes of Action with prejudice; (2) dismissing the First Cause of Action with leave to amend; (3) dismissing all claims against Defendant SAP AG with leave to amend; (4) denying Defendant's Motion as to the Sixth Cause of Action. The Court granted Plaintiff until March 16, 2012, to file an Amended Complaint, consistent with the terms of the Court's Order; and

7. WHEREAS, Plaintiff did not file a further Amended Complaint by March 16, 2012.

Therefore, the Parties now jointly request that the Court issue an order granting an extension of time allowing Defendant SAP America, Inc. until on or before April 13, 2012 to file its Answer to Plaintiff's Amended Complaint.

---

[1] The Parties previously stipulated to dismissal of Defendant SAP Labs, LLC and, on March 1, 2012, the Court dismissed Defendant SAP AG. This Stipulation refers to Defendant, SAP America, Inc., in the singular, notwithstanding that certain actions referenced herein may have occurred before dismissal of the other defendants.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE AN ANSWER TO PLT'S AMENDED COMPLAINT
(CASE NO. 3:11-cv-06134-JW)

Dated: March 28, 2012     MORGAN, LEWIS & BOCKIUS LLP

By  */S/ Michael Schlemmer*
　　Melinda S. Riechert
　　Michael D. Schlemmer
　　Attorneys for Defendant
　　SAP AMERICA, INC.

Dated: March 28, 2012     BRAVERMAN KASKEY, P.C.

By  */S/David Braverman* (as authorized on 3/28/2012)
　　David L. Braverman
　　Attorneys for Plaintiff
　　JOEL RUBINSTEIN

### **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant SAP America, Inc. shall have until April 13, 2012, to file and serve its Answer to Plaintiff's Amended Complaint.

DATED: March 29, 2012     _____
　　　　　　　　　　　　　　Chief District Judge James Ware
　　　　　　　　　　　　　　United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE
AN ANSWER TO PLT'S AMENDED COMPLAINT
(CASE NO. 3:11-cv-06134-JW)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO