MELINDA S. RIECHERT, State Bar No. 65504
MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:    650.843.4000
Fax:    650.843.4001
E-mail: mriechert@morganlewis.com;
mschlemmer@morganlewis.com

Attorneys for Defendant
SAP AMERICA, INC.

DAVID L. BRAVERMAN, State Bar No. 83331
BRAVERMAN KASKEY, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103
Tel: 215.575.3902
Fax: 215.575.3801
E-mail: DBraver@braverlaw.com

Attorneys for Plaintiff
JOEL RUBINSTEIN

**APPROVED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUBINSTEIN,<br><br>               Plaintiff,<br><br>   vs.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, SAP LABS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>               Defendants. | Case No. 3:11-cv-06134-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT SAP AMERICA'S DEADLINE TO FILE AN ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:  Hon. James Ware<br>Dept.:  9 |

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE
AN ANSWER TO PLT'S AMENDED COMPLAINT
(CASE NO. 3:11-cv-06134-JW)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1   Plaintiff Joel Rubinstein ("Plaintiff") and Defendant SAP America, Inc. ("Defendant")[1], collectively referred to as the "Parties," file this stipulation to extend the deadline by which Defendant must file its Answer to Plaintiff's Amended Complaint.

WHEREAS, on November 7, 2011, Plaintiff filed his Complaint in the Superior Court of California in and for the County of Santa Clara;

WHEREAS, on December 6, 2011, Defendant timely removed the action to this Court based on diversity of the parties and original jurisdiction pursuant to 28 U.S.C. Section 1332;

WHEREAS, on January 17, 2012, Plaintiff filed an Amended Complaint;

WHEREAS, on February 3, 2012, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint;

WHEREAS, on March 1, 2012, the Court granted in part, and denied in part, Defendant's Motion to Dismiss as follows:  (1) dismissing the Second and Third Causes of Action with prejudice; (2) dismissing the First Cause of Action with leave to amend; (3) dismissing all claims against Defendant SAP AG with leave to amend; (4) denying Defendant's Motion as to the Sixth Cause of Action.  The Court granted Plaintiff until March 16, 2012, to file an Amended Complaint, consistent with the terms of the Court's Order; and

WHEREAS, Plaintiff did not file a further Amended Complaint by March 16, 2012.

Therefore, the Parties now jointly request that the Court issue an order granting an extension of time allowing Defendant SAP America, Inc. until on or before April 13, 2012 to file its Answer to Plaintiff's Amended Complaint.

---

[1] The Parties previously stipulated to dismissal of Defendant SAP Labs, LLC and, on March 1, 2012, the Court dismissed Defendant SAP AG.  This Stipulation refers to Defendant, SAP America, Inc., in the singular, notwithstanding that certain actions referenced herein may have occurred before dismissal of the other defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE AN ANSWER TO PLT'S AMENDED COMPLAINT (CASE NO. 3:11-cv-06134-JW)

Dated: March 28, 2012                MORGAN, LEWIS & BOCKIUS LLP

                                     By  */S/ Michael Schlemmer*
                                         Melinda S. Riechert
                                         Michael D. Schlemmer
                                         Attorneys for Defendant
                                         SAP AMERICA, INC.


Dated: March 28, 2012                BRAVERMAN KASKEY, P.C.


                                     By  */S/David Braverman* (as authorized on 3/28/2012)
                                         David L. Braverman
                                         Attorneys for Plaintiff
                                         JOEL RUBINSTEIN


### **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant SAP America, Inc. shall have until April 13, 2012, to file and serve its Answer to Plaintiff's Amended Complaint.

DATED:  March 29, 2012                _____
                                      Chief District Judge James Ware
                                      United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEF. SAP AMERICA'S DEADLINE TO FILE
AN ANSWER TO PLT'S AMENDED COMPLAINT
(CASE NO. 3:11-cv-06134-JW)